R. H. Baker Co., Inc., Respondent, *v.* The State of New York, Appellant.   (Claim No. 21927.)

Argued January 10, 1945; decided March 8, 1945.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Orrin G. Judd* of counsel), for appellant.

*Charles B. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Dissenting: LEHMAN, Ch. J.